

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sergio Cervantes | Civil Action No.   12-CV-1738-H-DHB |
| Plaintiff, | |
| V. | |
| United Parcel Service, Inc.; Doe 1 through Doe 10, inclusive | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants United Parcel Services, Inc.'s motion for summary judgment.


Date:         8/1/13

CLERK OF COURT
W. SAMUEL HAMRICK, JR.
By:  s/  A. Garcia
A. Garcia, Deputy